**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| DION MARTELL KING,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>RAYBON C. JOHNSON,<br><br>　　　　　Respondent. | Case No. EDCV 20-2349-AB (AS)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

**IT IS ADJUDGED** that the Petition is denied and dismissed with prejudice.

DATED: June 30, 2021

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　ANDRÉ BIROTTE JR.
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE